IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VIDA M. NAKAS,

    Plaintiff,

vs.                                CASE NO. 5:09cv358/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is reversed and is remanded for reconsideration as to the issues identified in the Magistrate Judge's Report and Recommendation.

3. The clerk is directed to close the file.

**ORDERED** on October 14, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**