IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VIDA M. NAKAS,

    Plaintiff,

vs.                                     Case No. 5:09cv358-RS/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) representing attorney fees in the amount of $3,904.10, expenses of $53.07, and costs in the amount of $350.00. Doc. 25. Plaintiff's counsel represents that Defendant have advised that they have no objection to the amount requested by Plaintiff, but point out that the fee should be paid to Plaintiff. *Id.*, p. 3. Plaintiff seeks payment to Plaintiff's attorney as Plaintiff's has certified that Plaintiff does not owe the United States any debt. Defendant insists that the payment be made directly to Plaintiff. Doc. 27. Plaintiff filed a reply as directed by the court. Doc. 29.

In accordance with <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2010 WL 2346547 (June 14, 2010) (No. 08-1322), the EAJA fee should be made payable to Plaintiff, not to Plaintiff's

attorney.  If Plaintiff owes the United States any debt, the United States might reduce the amount of the payment, but that will be unknown until the check is issued.  It is my view that the check should simply be made payable to Plaintiff and sent to the office of Plaintiff's attorney so that Plaintiff and Plaintiff's attorney may mutually implement their fee agreement without this court's involvement.

I also note that Defendant in another case (Case No. 4:09CV422) distinguishes an EAJA fee, including expenses, from reimbursement for the filing fee, as these are paid from separate accounts by Defendant.  This report and recommendation will do likewise.

Accordingly, it is **RECOMMENDED** that Plaintiff's Petition for attorney's fees, doc. 25, be **GRANTED** and the court **ORDER** that the Secretary certify and pay to Plaintiff $3,904.10 as a reasonable attorney fee and $53.07 as expenses in reimbursement for service of process fees as an EAJA fee, and that the Commissioner separately pay Plaintiff $350.00 costs, as reimbursement for the Court's filing fee.

It is further **RECOMMENDED** that the court **ORDER** that the fee, expenses, and costs herein ordered be sent to the office of Plaintiff's attorney.

**IN CHAMBERS** at Tallahassee, Florida, on February 16, 2011.


                                    **s/    William C. Sherrill, Jr.**
                                    **WILLIAM C. SHERRILL, JR.**
                                    **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections**