IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VIDA M. NAKAS,

    Plaintiff,

vs.                                       CASE NO. 5:09cv358/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 30). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Petition for Attorney's Fees (Doc. 25) is **granted**. The Secretary shall certify and pay to Plaintiff $3,904.10 as a reasonable attorney's fee and $53.07 as expenses in reimbursement for service of process fees as an EAJA fee, and that the Commissioner separately pay Plaintiff $350.00 costs as reimbursement for the Court's filing fee. The fees, expenses, and costs awarded by this Order shall be mailed to the office of Plaintiff's attorney, Heather Freeman, 55 W. Monroe Street, Suite 2440, Chicago, Illinois 60603.

3. The clerk is directed to close the file.


**ORDERED** on March 16, 2011.


                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**